Alfred J. FLEISCHER and Eva L. Fleischer, Plaintiffs/Appellants,

v.

JONAS PROPERTIES, L.L.C., Defendant/Respondent.

No. 74601.

Missouri Court of Appeals, Eastern District, Division Two.

April 27, 1999.

Merle L. Silverstein, Jeffrey A. Cohen, Rosenblum, Goldenhersh, Silverstein & Zafft, P.C., Clayton, for appellants.

James P. Gamble, James P. Gamble, L.L.C., St. Louis, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Appellants Alfred and Eva Fleischer appeal from the trial court's judgment in favor of Respondent Jonas Properties in a breach of contract action. We have reviewed the briefs and record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).